UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JEREMY L. GOOD,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:15-cv-00304-ST

ORDER

**YOU, Magistrate Judge:**

Based upon the stipulation of the parties, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ORDERED that EAJA attorney's fees of $6393.41 shall be awarded to plaintiff pursuant to *Astrue v. Ratliff*, 560 US 586 (2010). If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to attorney Robyn M. Rebers, based upon plaintiff's assignment of these amounts to plaintiff's attorney. Any check for EAJA fees shall be mailed to plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070.

DATED May 4, 2016.

                                                Youlee Yim You
                                                United States Magistrate Judge

1 –ORDER